**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARRY MULLER, JR.,**
    **Plaintiff,**

-vs-                 Case No. 6:06-cv-1733-Orl-31KRS

**TOTAL PROTECTIVE SERVICES, INC.,**
**JOSEPH TOLERICO,**
**ROBERT FUSON,**
    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT (Doc. No. 10)**
>
> **FILED:** January 31, 2007
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

In his complaint for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, Plaintiff Harry Muller Jr. names three defendants: Total Protective Services, Inc., Joseph Tolerico, and Robert Fuson. Doc. No. 1. A clerk's default has been entered against Tolerico only. Doc. No. 11.

Under the FLSA, both the corporate employer and the individuals with operational control of the corporation may be jointly and severally liable. *Patel v. Wargo*, 803 F.2d 632, 637-38 (11th Cir.1986). Entering a default judgment against only one of the defendants, Tolerico, raises the

possibility of inconsistent judgments should the other defendants successfully present a defense that they did not violate the FLSA, or that any violation was not wilful. The possibility of inconsistent judgments should be avoided whenever possible. *See, e.g.*, *Frow v. De La Vega*, 82 U.S. 552, 554 (1872); *Gulf Coast Fans, Inc. v. Midwest Electronics Importers, Inc.*, 740 F.2d 1499 (11th Cir. 1984).

Therefore, Muller shall have eleven days after the entry of a default against, or other resolution of, the causes of action against Defendants Total Protective Services, Inc. and Robert Fuson to file a motion for default judgment as to all defendants against whom a default may be entered in this case.

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties