**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARRY MULLER, JR.,**
          **Plaintiff,**

**-vs-**                             **Case No. 6:06-cv-1733-Orl-31KRS**

**татALъ PROTECTIVE SERVICES, INC.,**
**JOSEPH TOLERICO,**
**ROBERT FUSON,**
          **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Renewed Motion for Default Judgment (Doc. No. 25) filed June 28, 2007.

On August 27, 2008, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Counts III and IV are DISMISSED.

3. The Renewed Motion for Default Judgment is GRANTED in part and DENIED in part.

4. The Clerk is directed to enter Judgment in favor of the Plaintiff Harry Muller, Jr., against Total Protective Services, Inc., Joseph Tolerico and Robert Fuson for violation of the minimum wage and overtime provision together with liquidated damages, jointly and severally, in

the total amount of $6,908.00 ($3,214.00 in damages, $3,188.00 in attorney fees and $506.00 in costs) and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of September, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE